AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

United States of America
v.
Matthew William Gust

)
)
)
)
)
)

Case No.    3:16-mj-16

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Matthew William Gust                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 844(i) - Malicious Use Of Explosive Device
18 U.S.C. 924(c)(1)(A) & 18 U.S.C. 924(c)(1)(B)(ii) - Use Of A Destructive Device During A Crime Of Violence

Date:    01/15/2016

_____
*Issuing officer's signature*

City and state:    Fargo, North Dakota

Alice R. Senechal, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-15-16 , and the person was arrested on *(date)* 1-19-16 at *(city and state)* GRAND FORKS, ND . |
| Date: 1-19-16       _____ *Arresting officer's signature* |
| MICHAEL R. MEYER    FBI SA *Printed name and title* |